Opinion issued May 19, 2011

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00124-CV

———————————

ALBERT C.
TIMME, III AND MEGAHAUS, INC., Appellants

V.

LAWRENCE
J. WEST, CRAIG A. CHOATE, Appellees



 



 

On Appeal from the 125th District Court 

Harris County, Texas



Trial Court Cause No. 2004-70840

 



MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate within
10 days of the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices
Jennings, Bland and Massengale.